UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH SULLIVAN, et al.,

    Plaintiffs,

v.

PUGET SOUND COMMERCE CENTER, INC., et al.,

    Defendants.

Case No. 20-cv-04279-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, March 29, 2021 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE CORLEY FOR MANDATORY SETTLEMENT CONFERENCE TO BE COMPLETED BY: | January 26, 2021 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with court approval for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | April 16, 2021 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: August 2, 2021<br>Rebuttal: August 16, 2021 |
| EXPERT DISCOVERY CUTOFF: | September 17, 2021 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | June 22, 2021 [filed by May 18, 2021] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, September 24, 2021 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | October 1, 2021 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, October 15, 2021 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, November 1, 2021 at 8:30 a.m.<br>Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, September 24, 2021 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 28, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge