ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
ddonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SULLIVAN, as Wrongful Death Heir, and as Successor-in-Interest to TROY SULLIVAN, Deceased, and NICHOLAS NOVO, MARILYN ELAINE RANDOLPH, ANITA SULLIVAN, DAVID SULLIVAN and LARRY SULLIVAN, as Legal Heirs of TROY SULLIVAN, Deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION),<br><br>    Defendant.<br><br>TROY RANDALL SULLIVAN and RICHARD NOVO, JR.,<br><br>    Defendant heirs.. | No. 4:20-cv-04279-YGR<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION** |

///

///

///

**IT IS SO ORDERED**.  Plaintiffs' complaint in this action is dismissed, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Each party shall bear their own costs.

Dated: July 6, 2021    By: _____
Yvonne Gonzalez Rogers
United States District Judge

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555